# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| | |
|---|---|
| Case No. CR 23-0098-GW | Date June 3, 2024 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter NONE

| Javier Gonzalez | Terri A. Hourigan | Kathrynne N. Seiden |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jaime Tran | | ✔ | ✔ | Katherine T. Corrigan | ✔ | | ✔ |

**Proceedings:**   **CHANGE OF PLEA**

Defendant moves to Change plea to Counts One, Two, Three and Four of the Indictment.

Defendant enters a new and different plea of Guilty to Counts One, Two, Three and Four of the Indictment.

The Court questions the Defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the Defendant to the Probation Office for an investigation and report and continues the matter to August 5, 2024 at 8:00 a.m. for sentencing.

Parties are to submit their sentencing positions by no later than July 30, 2024.

The Court vacates the Court and/or Jury Trial date.

                                                                                                                            :   35

Initials of Deputy Clerk   JG